|  |  |
|---|---|
| **To:** | The Honorable Robert J. Conrad, Jr.<br>U.S. District Court Judge |
| **From:** | Clifton E. Johnson<br>U.S. Probation Officer |
| **Subject:** | Rodney Michael Searcy<br>Case Number: 3:06CR0091- 001<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 5/20/2014 |



NORTH CAROLINA WESTERN
MEMORANDUM

---

On 5/15/2007, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by Convicted Felon, in violation of 18 U.S.C. 922(g)(1) – Class C Felony. He was ordered to serve 70 months imprisonment followed by 3 years supervised release. His term of supervision commenced on 6/27/2012. During his term of supervised release, the following property was seized from the defendant: 1) A vial of green leafy material (suspected K-2). A violation petition was submitted requesting that his supervision be revoked. However, on 11/7/2013, Your Honor continued Mr. Searcy under his original term of supervised release. The probation office neglected to make a request for the destruction of the seized property at the time of revocation. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7681, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: May 20, 2014

Robert J. Conrad, Jr.
United States District Judge